E-FILED
Monday, 23 March, 2026  12:09:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

DOMINICK SANDERS,
    Petitioner,

v.

    Case No. 1:25-cv-1466-JEH

WARDEN, Western Illinois
Correctional Center,
    Respondent.

**Order**

Before the Court are Petitioner Dominick Sanders' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The Court has reviewed the Petition and supporting documents. Petitioner is proceeding pro se and instead of identifying his grounds for relief in the Section 2254 Petition Form, he has written "see petition" or "see claims." The Court finds that Petitioner's references refer to a handwritten attachment that is found in Doc. 1-2 at pages 13–22. On this document, Petitioner raises grounds for relief under the Sixth, Eighth, and Fourteenth Amendments to the Constitution. After reviewing these claims in the Petition pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Proceedings, the Court finds a response is warranted.

    **THEREFORE, IT IS ORDERED:**

    1)    Respondent has thirty (30) days to file a response to the Petition;

    2)    After Respondent has filed its response, Petitioner may file any traverse or reply to Respondent's response within thirty (30) days after service of Respondent's response on him.  The Court warns Petitioner that if he does not reply to the response, pursuant to 28 U.S.C. § 2248, the Court will take the factual

1

allegations in the response to the Writ of habeas corpus as true except to the extent that the judge finds from the evidence that they are not true; and

3)    Petitioner must immediately notify the Court of any change in his mailing address. If Petitioner does not notify the Court of any change in mailing address the Court may dismiss this case with prejudice.

*It is so ordered.*

Entered on March 23, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE

2